Agnes Tolkmitt, appellee, v. Albert Laba and Maggie Laba, appellants. Gen. No. 35,213.

Opinion filed May 4, 1932.

Jacob Levy, for appellants; J. M. Gwin, of counsel. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.

Chicago National Life Insurance Company, appellant, v. John M. Gibbons, appellee. Gen. No. 35,259.

Opinion filed May 4, 1932.

Lee D. Mathias and Clyde L. Todd, for appellant. P. P. Flick and Cooney & Verhoeven, for appellee; John A. Verhoeven, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Milton Benzoin, appellee, v. New Jersey Fidelity and Plate Glass Insurance Company, appellant. Gen. No. 35,265.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.

Philip H. Treacy, for appellant. Leo L. Weil and Joseph Kotz, for appellee; Charles Blumenfeld, of counsel.

Mr. Justice Friend delivered the opinion of the court.

In re Estate of James McCormick, deceased.
Alta N. Gingrich, appellee, v. Joseph McCormick, administrator of the estate of James McCormick, deceased, appellant. Gen. No. 35,441.

Opinion filed May 4, 1932.

Thomas A. Walpole and George L. Reker, for appellant. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.